# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| DOMINIQUE HOUSTON,<br><br>　　　　　　　　　Plaintiff,<br><br>　v.<br><br>AT&T, et al.,<br><br>　　　　　　　　　Defendants. | 3:19-cv-00758-MMD-CSD<br><br>**ORDER RE: CHANGE OF ADDRESS** |

　　　The court has received information via an undeliverable notice (ECF No. 25) that Plaintiff may now be housed at Southern Desert Correctional Center. If so, Plaintiff is directed to immediately file a notice of change of address in accordance with LR IA 3-1.

　　　This order, the court's order of October 26, 2022 (ECF No. 23), and Summons (ECF No. 24) shall be served upon Plaintiff in care of the Southern Desert Correctional Center and Warm Springs Correctional Center.

　　　**IT IS SO ORDERED.**

　　　DATED: October 27, 2022.

_____
UNITED STATES MAGISTRATE JUDGE

1